**No. 46860.**—Protest 69702–K of Waterman Steamship Corporation (Honolulu).

Opinion by KEEFE, J. Application was made to the Secretary of the Treasury for remission of the duties upon the ground that the repairs were necessary in order to secure the safety and seaworthiness of the vessel to enable her to reach her port of destination. This application was denied. A protest was then filed claiming that the repairs were necessitated because of a casualty within the meaning of said section 466. The evidence established that the repairs were made as a result of certain condenser tubes springing leaks, allowing salt water to enter the boiler, which necessitated the vessel entering a port of Japan. The issue under consideration is whether the engine room breakdown upon the journey between Honolulu and Japan constituted a "casualty" and should have been so recognized by the Secretary of the Treasury. At the hearing Government counsel moved to dismiss the protest upon the ground that the court was without jurisdiction to review the action of the Secretary of the Treasury in refusing to remit duties in this case. Following *Lykes Bros.* v. *United States* (6 Cust. Ct. 467, C. D. 518) the court granted the Government's motion to dismiss. *Mills & Gibb* v. *United States* (8 Ct. Cust. Appls. 31, T. D. 37164) and Abstracts 46618, 41147, and 10939 cited.

**No. 46861.**—Protests 968583–G, etc., of M. Pressner & Co. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise in question consists of Rockinghamware earthenware similar to that the subject of *Butler Brothers* v. *United States* (4 Cust. Ct. 120, C. D. 303). In accordance therewith the claim at 25 percent under paragraph 210 was sustained.

**No. 46862.**—Protest 8266–K of Atlas Marine Supply Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the cylindrical and tubular tanks and vessels are the same as those the subject of *Atlas Marine Supply Co.* v. *United States* (29 C. C. P. A. 20, C. A. D. 165) the claim for free entry was sustained.

**No. 46863.**—Protests 18383–K, etc., of American Express Co. (Boston).

Opinion by KEEFE, J. From an examination of the papers the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the collector's action. The protests were therefore overruled.